# NOs. 12-23-00064-CR
# 12-23-00065-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EX PARTE: CHARLES RAY PICKARD, JR.* | § | *APPEAL FROM THE 475TH* |
| | § | *DISTRICT COURT* |
| | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Charles Ray Pickard, Jr., filed a motion to dismiss these appeals. The motion is signed by Appellant and his counsel. No decision has been delivered in the appeals. Accordingly, Appellant's motion to dismiss is granted, and the appeals are ***dismissed***. *See* Tex. R. App. P. 42.2(a).

Opinion delivered May 10, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 10, 2023**

**NO. 12-23-00064-CR**

**EX PARTE: CHARLES RAY PICKARD, JR.**

Appeal from the 475th District Court
of Smith County, Texas (Tr.Ct.No. 475-0023-23)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 10, 2023**

**NO. 12-23-00065-CR**

**EX PARTE: CHARLES RAY PICKARD, JR.**

Appeal from the 475th District Court

of Smith County, Texas (Tr.Ct.No. 475-0024-23)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*